```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SYLVIA ANCRUM,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :         23 Civ. 10978 (JPC)
              -v-                                                      :
                                                                       :              ORDER
NEW YORK CITY DEPARTMENT OF                                            :
ENVIRONMENTAL PROTECTION,                                              :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 6, 2024, the Court granted Defendant's motion to dismiss the Complaint in its entirety, and granted Plaintiff leave to file an Amended Complaint on or before January 6, 2025. Dkt. 17. That deadline has elapsed, and Plaintiff has neither filed an Amended Complaint nor requested an extension from the Court to do so. Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Defendant and close this case. Plaintiff's First and Fourth Causes of Action are dismissed with prejudice, and Plaintiff's Second and Third Causes of Action are dismissed without prejudice.

SO ORDERED.

Dated: January 14, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge