**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SYLVIA ANCRUM,

                Plaintiff,

-against-                                    23 **CIVIL** 10978 (JPC)

                                                        **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 15, 2025, the Court granted Defendant's motion to dismiss the Complaint in its entirety on December 6, 2024, and granted Plaintiff leave to file an Amended Complaint on or before January 6, 2025. Dkt. 17. That deadline has elapsed, and Plaintiff has neither filed an Amended Complaint nor requested an extension from the Court to do so. Judgment is entered in favor of Defendant. Plaintiff's First and Fourth Causes of Action are dismissed with prejudice, and Plaintiff's Second and Third Causes of Action are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        January 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                        **Deputy Clerk**